1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ALEXANDER LOWELL, individually and on behalf of all others similarly situated, | CASE NO.: CV 09-5560 (JSW) |
| Plaintiff, | [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT [LOCAL RULE 6-1(a)] |
| v. | |
| JPMORGAN CHASE BANK, N.A., individually and as successor in interest of WASHINGTON MUTUAL, INC., | Complaint filed:     November 23, 2009 |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The Court having reviewed the stipulation of the parties through their counsel and for good cause shown; IT IS HEREBY ORDERED that Defendant's deadline for responding to Plaintiff's Class Action Complaint is extended to December 23, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED this  21   day of __December__, 2009.

By _____*Jeffrey S White*_____
Jeffrey S. White
United States District Judge