| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ALEXANDER LOWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., individually and as successor in interest of WASHINGTON MUTUAL, INC.,<br><br>Defendant. | CASE NO.: CV 09-5560 (JSW)<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT [LOCAL RULE 6-1(a)]<br><br>Complaint filed:　　November 23, 2009 |

**[PROPOSED] ORDER**

The Court having reviewed the stipulation of the parties through their counsel and for good cause shown; IT IS HEREBY ORDERED that Defendant's deadline for responding to Plaintiff's Class Action Complaint is extended to December 23, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED this  21    day of   December   , 2009.

By ___*Jeffrey S. White*___
Jeffrey S. White
United States District Judge

---

1
64226.001201 EMF_US 29259468v2
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT