IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ALEXANDER LOWELL, individually
and behalf of all others similarly situated,

    Plaintiff,

  v.

J.P.MORGAN CHASE BANK, N.A,,
individually and as successor in interest of
WASHINGTON MUTUAL, INC.,

    Defendant.
_____/

No. C 09-05560 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES AND ORDER SETTING BRIEFING SCHEDULE**

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Magistrate Judge Edward M. Chen to determine whether it is related to *Kimberly Benson v. J.P. Morgan Chase Bank, N.A.*, N.D. Civ. No. 09-5272-EMC.

The Court FURTHER ORDERS that oppositions to the motions to dismiss and motion to transfer venue shall be filed by no later than January 8, 2010 and reply briefs shall be filed by no later than January 15, 2010. However, in light of this order or referral, the Court VACATES the hearing date of January 29, 2010 and will reset a hearing if necessary.

**IT IS SO ORDERED.**

Dated: December 23, 2009

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Edward M. Chen