Gilmur R. Murray (SBN 111856)
gmurray@murrayhowardlaw.com
Derek G. Howard (SBN 118082)
dhoward@murrayhowardlaw.com
**MURRAY & HOWARD, LLP**
900 Larkspur Landing Circle, Suite 103
Larkspur, CA 94939
Telephone: (415) 461-3200
Facsimile: (415) 461-3208

*Counsel for the Lowell Plaintiff and the Putative Class*

Phillp J. Eskenazi (SBN 158976)
peskenazi@hunton.com
**HUNTON & WILLIAMS, LLP**
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

*Counsel for Defendant JP Morgan Chase Bank, N.A.*

Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Anne Marie Murphy (SBN 202540)
amurphy@cpmlegal.com
Aron K. Liang (SBN 228936)
aliang@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Counsel for the Benson, Baloch and Gursahaney Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY BENSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., etc.,<br><br>Defendant.<br><br>JOHN ALEXANDER LOWELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A., etc.<br><br>Defendant. | **No. C 09-5272 EMC**<br>**No. C 09-5560 EMC**<br><br><br>**JOINT STIPULATION RESETTING HEARING DATES AND DEADLINES** |

| | |
|---|---|
| 1 | WHEREAS, the hearing on Defendant JP Morgan Chase Bank's Motions to Transfer Venue |
| 2 | and Motions to Dismiss filed in the above-captioned actions are set to be heard on February 17, |
| 3 | 2010 at 10:30 a.m.; |
| 4 | WHEREAS, the Initial Case Management Conference for the above-captioned actions is set |
| 5 | to be heard on February 17, 2010 at 10:30 a.m.; |
| 6 | WHEREAS, counsel for Plaintiff John Alexander Lowell has indicated that he will be out of |
| 7 | the country on February 17, 2010; |
| 8 | WHEREAS, the parties to each of the above-captioned actions believe it would be most |
| 9 | efficient to hold the Initial Case Management Conference in both of the above-captioned actions and |
| 10 | the hearings on Defendant JP Morgan Chase Bank's Motions to Transfer Venue and Motions to |
| 11 | Dismiss filed in both of the above-captioned actions in one hearing; |
| 12 | WHEREAS, the parties have agreed to a continuance of the above hearing dates to March |
| 13 | 17, 2010 at 3:00 p.m. or as soon thereafter as the matters may be heard in the above-entitled Court. |
| 14 | WHEREAS, THEREFORE, all parties to the litigation agree to the following hearing date(s) and deadlines: |

WHEREAS, the hearing on Defendant JP Morgan Chase Bank's Motions to Transfer Venue and Motions to Dismiss filed in the above-captioned actions are set to be heard on February 17, 2010 at 10:30 a.m.;

WHEREAS, the Initial Case Management Conference for the above-captioned actions is set to be heard on February 17, 2010 at 10:30 a.m.;

WHEREAS, counsel for Plaintiff John Alexander Lowell has indicated that he will be out of the country on February 17, 2010;

WHEREAS, the parties to each of the above-captioned actions believe it would be most efficient to hold the Initial Case Management Conference in both of the above-captioned actions and the hearings on Defendant JP Morgan Chase Bank's Motions to Transfer Venue and Motions to Dismiss filed in both of the above-captioned actions in one hearing;

WHEREAS, the parties have agreed to a continuance of the above hearing dates to March 17, 2010 at 3:00 p.m. or as soon thereafter as the matters may be heard in the above-entitled Court.

WHEREAS, THEREFORE, all parties to the litigation agree to the following hearing date(s) and deadlines:

(1) The hearing on Defendant JP Morgan Chase Bank's Motions to Transfer Venue and Motions to Dismiss filed in the above-captioned actions will be heard on March 17, 2010 at 3:00 p.m.

(2) The Initial Case Management Conference for the above-captioned actions will be heard on March 17, 2010 at 3:00 p.m.

(3) The parties will complete initial disclosures or state objections thereto on or before March 24, 2010.

(4) The parties are to file their Joint Case Management Conference Statement on March 10, 2010, 7 Court days before the Initial Case Management Conference hearing.

IT IS SO STIPULATED:

Dated: February 5, 2010  **MURRAY & HOWARD, LLP**

*/s/*_____
Derek G. Howard
*Counsel for the Lowell Plaintiff and the Putative Class*

---

**JOINT STIPULATION RESETTING HEARING DATES AND DEADLINES**

1

**COTCHETT, PITRE & MCCARTHY**

/s/_____
Niall P. McCarthy
*Counsel for the Benson, Baloch and Gursahaney Plaintiffs and the Putative Class*

**HUNTON & WILLIAMS LLP**

/s/_____
Phillip J. Eskenazi
*Counsel for Defendant JP Morgan Chase Bank, N.A.*

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

**JOINT STIPULATION RESETTING HEARING DATES AND DEADLINES**

1

# CERTIFICATE OF SERVICE

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the Marin County, State of California, am over eighteen (18) years of age and my business address is Murray & Howard, LLP, 900 Larkspur Landing Circle, Suite 103, Larkspur, CA 94939 whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**JOINT STIPULATION RESETTING HEARING DATES AND DEADLINES**

__XX__  **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 5, 2010 at Larkspur, California

/s/*Amanda L. Arnall*___
Amanda L. Arnall

---

**JOINT STIPULATION RESETTING HEARING DATES AND DEADLINES**

1