| | |
|---|---|
| Phillip J. Eskenazi (SBN 158976)<br>peskenazi@hunton.com<br>Jason J. Kim (SBN 221476)<br>kimj@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627<br>Telephone:  (213) 532-2000<br>Facsimile:   (213) 532-2020 | Gilmur R. Murray (SBN 111856)<br>gmurray@murrayhowardlaw.com<br>Derek G. Howard (SBN 118082)<br>dhoward@murrayhowardlaw.com<br>MURRAY & HOWARD, LLP<br>900 Larkspur Landing Circle, Suite 103<br>Larkspur, California 94939<br>Telephone:  (415) 461-3200<br>Facsimile:   (415) 461-3208 |
| | Attorneys for Plaintiff<br>JOHN ALEXANDER LOWELL |
| Charles A. Gall (*Admitted Pro Hac Vice*)<br>cgall@hunton.com<br>James W. Bowen (*Admitted Pro Hac Vice*)<br>jbowen@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>1445 Ross Avenue, Suite 3700<br>Dallas, Texas 75202<br>Telephone:  (214) 979-3000<br>Facsimile:   (214) 880-0011 | Niall P. McCarthy, Esq. (SBN 160175)<br>nmccarthy@cpmlegal.com<br>Anne Marie Murphy, Esq.(SBN 202540)<br>amurphy@cpmlegal.com<br>Aron K. Liang, Esq. (SBN 228936)<br>COTCHETT, PITRE & McCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>Telephone:  (650) 697-6000<br>Facsimile:   (650) 697-0577 |
| Attorneys for Defendant<br>JPMORGAN CHASE BANK, N.A | Attorneys for Plaintiffs<br>KIMBERLY BENSON, KARIMDAD BALOCH and NEERJA JAIN GURSAHANEY |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BENSON, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, etc.,<br><br>   Defendant.<br><br>JOHN ALEXANDER LOWELL, etc.,<br><br>   Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, etc.,<br><br>   Defendant | CASE NO.: CV 09-5272 (EMC)<br>CASE NO.: CV 09-5560 (EMC)<br><br>**[PR~~O~~OPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINTS [LOCAL RULE 6-1(b)]** |

1    The Court having reviewed the stipulation of the parties through their counsel and
2 for good cause shown; IT IS HEREBY ORDERED that Defendant's deadline for
3 responding to Plaintiffs' Class Action Complaints is extended to May 13, 2010.
4    PURSUANT TO STIPULATION, IT IS SO ORDERED this __3rd__ day of
5 _____May_____, 2010.

6
7
8
9   By: _____
10      United States Magistrate Judge



**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

2

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINTS
[LOCAL RULE 6-1(b)]

*64226.001200 EMF_US 30624933v1*