UNITED STATES  DISTRICT COURT

Northern District of California

KIMBERLY BENSON, et al.,

                Plaintiffs,

      v.

JPMORGAN CHASE BANK, et al.,

                Defendant.

_____/

JOHN ALEXANDER LOWELL, et al.,

                Plaintiffs

      v.

JPMORGAN CASE BANK, et al.,

                Defendants

_____/

No. C 09-5272 MEJ
(Related Cases)

**NOTICE OF REASSIGNMENT &
ORDER REQUESTING STATUS
REPORT**

No. C 09-5560 MEJ

       These related cases have been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment.  All future filings shall reflect the initials "MEJ" after the case number, as designated above.  When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

       To assist the undersigned, the Court requests that the parties file a joint case status report by July 15, 2010.

     **IT IS SO ORDERED.**

Dated: July 6, 2010

                      _____
                      Maria-Elena James
                      Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT
For the Northern District of California**