**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| KIMBERLY BENSON, et al., | No. C 09-5272 MEJ |
| Plaintiffs, | No. C 09-5560 MEJ (Related Cases) |
| v. | |
| JPMORGAN CHASE BANK, et al., | **ORDER SCHEDULING HEARING RE: DEFENDANT'S MOTION TO DISMISS** |
| Defendant. _____/ | **Dkt #12 in C-09-5272** **Dkt #54 in C-09-5560** |
| JOHN ALEXANDER LOWELL, et al., | |
| Plaintiffs | **ORDER RE: DISCOVERY DISPUTES** |
| v. | |
| JPMORGAN CASE BANK, et al., | |
| Defendants _____/ | |

Defendant JPMorgan Chase Bank's motions to dismiss are currently pending in the above-captioned related matters. The Court shall conduct a hearing on August 26, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Counsel are advised that in regard to any pending discovery disputes, they must comply with Judge James' discovery standing order and meet and confer in person. If the parties are unable to resolve their dispute after the meet and confer session, they shall file a joint meet and confer letter. A separate letter should be filed for each category of discovery and/or issue in dispute. Upon careful review of the parties' letter, the Court will either order further briefing, oral argument, or deem the matter submitted on the papers. Accordingly, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter.

**IT IS SO ORDERED.**

Dated: July 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge